| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Buddy Mac One, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Buddy's Home Furnishings**<br>**FDBA  MacAaron's One, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3670935** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **400 East Centre Park Boulevard**<br>**Suite 101**<br>**DeSoto, TX 75115**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas**<br>County | **Location of principal assets, if different from principal place of business**<br>**1404 W. Gentry Tyler, TX 75702**<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Buddy Mac One, LLC** _____    Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Buddy Mac One, LLC**  Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Rider 1** | | Relationship | **Affiliate** |
| District | **Northern District of Texas** | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Buddy Mac One, LLC**    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 1, 2025**
MM / DD / YYYY

X **/s/ William Ian MacDonald**    **William Ian MacDonald**
Signature of authorized representative of debtor    Printed name

Title    **Manager**

**18. Signature of attorney**

X **/s/ John J. Kane**    Date **December 1, 2025**
Signature of attorney for debtor    MM / DD / YYYY

**John J. Kane**
Printed name

**Kane Russell Coleman Logan PC**
Firm name

**901 Main Street
Suite 5200
Dallas, TX 75202**
Number, Street, City, State & ZIP Code

Contact phone **214-777-4200**    Email address **jkane@krcl.com**

**24066794 TX**
Bar number and State

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Northern** District of **Texas** |
| Case number (*if known*): _____ Chapter **11** |

☐ Check if this is an amended filing

# RIDER 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Northern District of Texas for relief under chapter 11 of title 11 of the United States Code.

- Buddy Mac One, LLC
- BMH One RE, LLC
- BMH 95 RE Caruthersville, LLC
- BMH 96 RE Marion, LLC

**OMNIBUS WRITTEN CONSENT**
**of the**
**GOVERNING BODIES**
**of**
**BUDDY MAC ONE, LLC**
**AND BMH ONE RE, LLC**

**November 30, 2025**

The undersigned parties, being the requisite members of the board of directors, managers, or similar governing body (each, a "Governing Body" and, collectively, the "Governing Bodies") of each of the entities identified on **Schedule 1** attached hereto (each, a "Company" and collectively, the "Companies"), acting by written consent in accordance with the applicable bylaws or limited liability company agreements and articles or certificates of organization, formation, or incorporation of each Company (collectively, the "Company Agreements"),[1] and the applicable laws of the jurisdiction in which each Company is organized, enter this Omnibus Written Consent (this "Written Consent") and hereby adopt and approve the following resolutions:

**WHEREAS**, Buddy Mac Holdings, LLC, a Texas limited liability company, (the "Parent Entity"), owns 100% of the equity interests or membership interests, as applicable, in the Company or Companies identified **Schedule 1** (each a "Subsidiary" and collectively, the "Subsidiaries") and is the sole member of each Company;[2]

**WHEREAS**, the Governing Bodies have reviewed, considered, and had the opportunity to ask questions about the presentations and materials presented by the management and the financial and legal advisors of the Companies regarding the assets, liabilities, and liquidity situation of the Companies, the strategic alternatives available to them, and the effect of the foregoing on the Companies' business;

**WHEREAS**, having consulted with the management and legal and financial advisors of the Subsidiaries regarding the strategic alternatives available to the Subsidiaries, and having fully considered the strategic alternatives available to the Subsidiaries, the Governing Bodies have determined that it is desirable and in the best interests of the Subsidiaries, their creditors, and other interested parties for the Companies to file voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Governing Bodies have reviewed the resolutions set forth below with the management and the legal and financial advisors of the Companies; and

**WHEREAS**, the Governing Bodies have determined that taking the actions set forth below and the transactions contemplated hereby are advisable and fair to, and in the best interests of, the Companies and their stakeholders and creditors, and, therefore, the Governing Bodies have

---

[1] The Company Agreements of each Company are incorporated by reference herein for all purposes. Capitalized terms not defined herein shall have the meanings provided in the applicable Company Agreement unless otherwise noted.

[2] The terms "Subsidiaries" and "Companies" are used interchangeably in this Written Consent.

11756431v1 (75669.00002.000)

adopted the resolutions set forth below and authorized and approved the transactions, agreements, and actions contemplated, authorized and ordered hereby.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgement of the undersigned, it is desirable and in the best interests of the Subsidiaries and their creditors and other parties in interest that the Subsidiaries be, and hereby are, authorized and empowered to file voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or after the date of this Written Consent (the "Transaction") in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"), thereby commencing Chapter 11 bankruptcy cases for each Company (collectively, the "Bankruptcy Cases");

**BE IT FURTHER RESOLVED**, that William Ian MacDonald and any other officer, director, or manager of the Parent Entity (each, an "Authorized Person" and collectively, the "Authorized Persons"), acting alone or together, with power of delegation, be, and hereby are, authorized and empowered, in the name and on behalf of the Companies (including in the Parent Entity's capacity as shareholder or member of the Subsidiary or Subsidiaries), to execute and verify petitions for each Subsidiary under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Person executing the petition shall determine to effectuate the Transaction;

**BE IT FURTHER RESOLVED**, that the law firm of Kane Russell Coleman Logan PC ("KRCL") be, and hereby is, employed as bankruptcy counsel for the Subsidiaries pursuant to an agreed-upon retainer and retention agreement to prepare and file each of the Bankruptcy Cases; the Companies' entry into the retention agreement with KRCL and payment of the agreed-upon retainer to KRCL are hereby ratified and approved; and the Authorized Persons, with power of delegation, are hereby authorized and directed to pay such other and further agreed-upon and appropriate amounts to KRCL and to cause to be filed an appropriate application for authority to employ KRCL in the Bankruptcy Cases;

**BE IT FURTHER RESOLVED**, that the Authorized Persons, acting on behalf of the Companies, are hereby authorized and directed to employ any other firms or persons as advisors, accountants, consultants, claims and noticing agents, or other professionals—including, without limitation, a firm to provide the Subsidiaries with a Chief Restructuring Officer (CRO) and/or to act as the Subsidiaries financial and restructuring advisors—as necessary to represent and assist the Subsidiaries in preparing and filing the Bankruptcy Cases and in carrying out the Subsidiaries' duties under the Bankruptcy Code; and the Authorized Officers (other than a CRO), with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of such individuals or firms in the Bankruptcy Cases;

**BE IT FURTHER RESOLVED**, that the Authorized Persons shall be, and hereby are, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other documents or papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, claims and noticing agents, and other professionals and to take and perform any and all further acts and deeds that the Authorized Persons deem necessary, proper, or desirable in connection with the Transaction,

including, without limitation, any action necessary to maintain the ordinary course operation of the Subsidiaries' businesses;

**BE IT FURTHER RESOLVED**, that, in connection with the preparation and/or commencement of the Bankruptcy Cases, the Authorized Persons shall be, and hereby are, authorized, empowered, and directed to negotiate the use of the Subsidiaries' property or collateral (including, to the extent applicable, cash collateral) on the terms and conditions that the Authorized Persons may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Subsidiaries, pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Person approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval;

**BE IT FURTHER RESOLVED**, that, in connection with the preparation and/or commencement of the Bankruptcy Cases, the Authorized Persons are authorized and directed to seek approval of interim and final cash collateral orders, and the Authorized Persons shall be, and hereby are, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Subsidiaries, necessary to implement the interim and final cash collateral orders, as well as any additional or further agreements for the use of cash collateral in connection with the Subsidiaries' Bankruptcy Cases, which agreement(s) may require the Subsidiaries to grant liens to the Subsidiaries' existing lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as the Authorized Persons approve, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval;

**BE IT FURTHER RESOLVED**, that, to the extent a post-petition debtor-in-possession financing facility (a "DIP Facility") is necessary or appropriate in connection with the preparation and/or commencement of the Bankruptcy Cases, the authorizations under this paragraph of this Written Consent apply equally to the execution, negotiation, and delivery of a DIP Facility; the Authorized Persons are authorized and directed to seek approval of interim and final orders approving the DIP Facility, and the Authorized Persons shall be, and hereby are, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Subsidiaries, necessary to implement the DIP Facility and the orders of the Bankruptcy Court related thereto, all with such changes therein and additions thereto as the Authorized Persons approve, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval.

**BE IT FURTHER RESOLVED**, that the Authorized Persons and such other employees or agents of the Subsidiaries (including counsel) as the Authorized Persons shall designate, direct or approve, from time to time, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Subsidiaries to cause the Subsidiaries to negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such

officer shall be or become necessary, proper, and desirable in connection with or to effectuate the Transaction;

**BE IT FURTHER RESOLVED**, effective immediately upon the filing of the Bankruptcy Cases, that the Authorized Persons of the Companies may designate account signatories (collectively, the "Authorized Signatories"), who shall be authorized and empowered to designate any bank or financial institution at which the Companies may open and utilize debtor-in-possession accounts (the "New Accounts") in accordance with any cash management program authorized in the Bankruptcy Cases, including brokerage, check, savings, and money-market accounts, for the Companies' funds, in each case as may be appropriate, desirable, or necessary in light of the filing of the Bankruptcy Case, and that such banks, financial institutions, and money-market funds are authorized to accept for credit to the Companies and/or for collection any and all checks, drafts, notes, and other instruments payable to the Companies, or in which the Companies may have interest, when endorsed in the name of the Companies in writing, by rubber stamp, or otherwise, with or without a designation of the party making such endorsement;

**BE IT FURTHER RESOLVED**, that the Authorized Persons and such other employees or agents of the Subsidiaries as the Authorized Persons from time to time designate, direct or approve, shall be, and each hereby are, authorized, empowered and directed, in the name and on behalf of the Subsidiaries to do any of the following (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects): (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Persons or such other employees or agents of the Subsidiaries deems appropriate or advisable to advance the Transaction, or to cause the negotiation, execution and delivery thereof in such form and substance as such Authorized Persons, employees or agents may approve, together with such changes and amendments to any of the terms and conditions thereof as such person may approve, with the execution and delivery thereof on behalf of the Subsidiaries, by or at the direction of such Authorized Persons, employees or agents to constitute evidence of such approval; (ii) negotiate, execute, deliver and/or file any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Persons, employees or agents deem appropriate or advisable in connection therewith to effectuate the Transaction; and (iii) take such other actions, or decline to act, as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby;

**BE IT FURTHER RESOLVED**, that each undersigned party shall be, and each hereby is, authorized and empowered on behalf of and in the name of the Companies to execute such consents of the Companies as such party considers necessary, proper or desirable to effectuate this Written Consent and these resolutions, such determination to be evidenced by such execution or taking of such action;

**BE IT FURTHER RESOLVED**, that any and all past actions heretofore taken by any undersigned party in the name and on behalf of the Companies in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved;

**BE IT FURTHER RESOLVED**, that to the extent that any actions authorized by these resolutions would result in any Company that serves as a member of any other Company that is a limited liability company to cease to be a member of such other Company under applicable law, the limited liability company agreement of such other Company is hereby amended to provide that the Transaction or the other actions authorized under these resolutions shall not cause such member to cease to be a member of such other Company, and in any such event, such other Company shall continue without dissolution;

**BE IT FURTHER RESOLVED**, that the omission from this Written Consent of any (a) agreement, document, or other arrangement contemplated by any of the agreements, documents, or instruments described in the foregoing resolutions or (b) action to be taken in accordance with any requirement of any of the agreements or instruments described in the foregoing resolutions, including, without limitation, the Company Agreements, shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions;

**BE IT FURTHER RESOLVED**, that the Authorized Persons shall be, and hereby are, authorized to authorize (and each Company hereby authorizes) any direct or indirect subsidiary of a Company, or any entity of which such Company or any subsidiary of such Company is the sole member, general partner, managing member, or equivalent manager, as applicable, to take each of the actions described in these resolutions or any of the actions authorized in these resolutions, and none of the resolutions contained herein, or action taken in furtherance hereto, shall have or cause an adverse effect on any such subsidiary or such Company's interest therein (including without limitation, any automatic dissolution, divestiture, dissociation, or like event under applicable law);

**BE IT FURTHER RESOLVED**, that all members of the Governing Bodies have received sufficient notice of, kept apprised of, and had the opportunity to make inquiries regarding the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the Company Agreements or organizational documents of each Company, or hereby waive any right to have received such notice;

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed in one or more counterparts, and delivered by electronic means, each of which, when so executed, shall be treated in all manner and respects and for all purposes as one and the same original, written consent, and shall be considered to have the same binding legal effect as if it were an original manually signed counterpart hereof delivered in person.

*  *  *  *  *

*[Signature Pages Follow]*

IN WITNESS WHEREOF, the undersigned, being the manager of the filing Subsidiaries and the manager of the sole member of the filing Subsidiaries, has executed this Consent to be effective as of the date first written above.

**BUDDY MAC ONE, LLC**

By: /s/ William Ian MacDonald
William Ian MacDonald, as Manager

By: /s/ William Ian MacDonald
William Ian MacDonald, as Manager of Buddy Mac Holdings, LLC, its Sole Member

**BMH ONE RE, LLC**

By: /s/ William Ian MacDonald
William Ian MacDonald, as Manager

By: /s/ William Ian MacDonald
William Ian MacDonald, as Manager of Buddy Mac Holdings, LLC, its Sole Member

## **Schedule 1**

1. BUDDY MAC ONE, LLC, a Texas limited liability company

2. BMH ONE RE, LLC, a Texas limited liability company

**Fill in this information to identify the case:**

Debtor name: **Buddy Mac One, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **List of Equity Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 1, 2025**   X **/s/ William Ian MacDonald**
Signature of individual signing on behalf of debtor

**William Ian MacDonald**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Buddy Mac One, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Amount of claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.

## United States Bankruptcy Court
### Northern District of Texas

In re **Buddy Mac One, LLC**

Debtor(s)

Case No.

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Buddy Mac Holdings, LLC<br>400 E. Centre Park Boulevard<br>Suite 101<br>DeSoto, TX 75115 | | 100% | Limited Liability Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 1, 2025**

Signature **/s/ William Ian MacDonald**
**William Ian MacDonald**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Buddy Mac One, LLC** §  Case No.:
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **December 1, 2025**         **/s/ William Ian MacDonald**
                                  **William Ian MacDonald**/**Manager**
                                  Signer/Title

Date: **December 1, 2025**         **/s/ John J. Kane**
                                  Signature of Attorney
                                  **John J. Kane**
                                  **Kane Russell Coleman Logan PC**
                                  **901 Main Street**
                                  **Suite 5200**
                                  **Dallas, TX 75202**
                                  **214-777-4200   Fax: 214-777-4299**

                                  45-3670935
                                  Debtor's Social Security/Tax ID No.

                                  Joint Debtor's Social Security/Tax ID No.

```
BlankRome
200 Crescent Court
Suite 1000
Dallas, TX 75201


Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530


Office of the United States Attorney
1100 Commerce Street
3rd Floor
Dallas, TX 75242-1699


Phonix RBS LLC
7219 Renee Parker Way
Barling, AR 72923


State Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptcy Section
P.O. Box 13528
AUSTIN, TX 78711


Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699
```

```
Buddy Mac Holdings, LLC
400 E. Centre Park Boulevard
Suite 101
DeSoto, TX 75115
```

# United States Bankruptcy Court
## Northern District of Texas

In re **Buddy Mac One, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Buddy Mac One, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Buddy Mac Holdings, LLC**
**400 E. Centre Park Boulevard**
**Suite 101**
**DeSoto, TX 75115**

☐ None [*Check if applicable*]

**December 1, 2025**
Date

**/s/ John J. Kane**
**John J. Kane**
Signature of Attorney or Litigant
Counsel for **Buddy Mac One, LLC**
**Kane Russell Coleman Logan PC**
**901 Main Street**
**Suite 5200**
**Dallas, TX 75202**
**214-777-4200 Fax:214-777-4299**
**jkane@krcl.com**